UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TENET BUSINESS SERVICES CORPORATION and TENET EMPLOYMENT INC., | § | |
| *Plaintiffs*, | § | |
| v. | § | Civil Action No. 3:24-CV-0927-X |
| ASCENSION HEALTH ALLIANCE, | § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

By separate order, the Court granted Ascension Health Alliance, d/b/a Ascension's (Ascension) Motion for Summary Judgment and dismissed with prejudice Tenet Business Services Corporation and Tenet Employment, Inc.'s (collectively "Tenet") claims. (Doc. 101). Therefore, the Court **ORDERS**, **ADJUDGES**, and **DECREES** that Tenet's claims and causes of action against Ascension are **DISMISSED WITH PREJUDICE**.

Each party shall bear its own fees and costs. All relief not expressly granted is denied. This is a final judgment.

**IT IS SO ORDERED** this 30th day of October, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE